# United States District Court
## For The Western District of North Carolina
### Charlotte Division

Neil Tafarrio Willoughby,

       Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                              3:03-cv-342-3-MU

J.H. Langley, Superintendent,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 21, 2006 Order.

**Signed: March 21, 2006**

Frank G. Johns, Clerk
United States District Court