IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03cv342-03-MU

| | |
|---|---|
| NEIL T. WILLOUGHBY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUPERINTENDENT J.H. LANGLEY, )<br>)<br>)<br>Respondent. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court upon Mr. Willoughby's Application to Proceed In Forma Pauperis, (Document No. 16), originally filed in the Fourth Circuit Court of Appeals on May 15, 2006 and received by this Court on May 24, 2006.

The information contained in Petitioner's motion is insufficient to determine if he qualifies for in forma pauperis status. More specifically, the Court needs to have a copy of Petitioner's current Trust Fund Account Statement. Upon receipt of this information, the Court will determine whether to grant or deny Petitioner's Motion to Proceed In Forma Pauperis.

**IT IS THEREFORE ORDERED that**:

1. In addition to mailing copies of this Order to the parties, the Clerk is directed to mail a copy of this Order to Brown Creek Correctional Institution; and

2. The Brown Creek Correctional Institution is ordered to provide the Court with a current copy of Petitioner's Trust Account Statement within twenty (20) days of the filing of this Order.

3. It appears from the return address on Petitioner's motion that he is now housed at Brown Creek Correctional Institution, P.O. Box 310, Polkton, NC 28135. Although the Petitioner has not

officially notified the Clerk's Office in writing of his change of address, the Court directs the Clerk to change Petitioner's address to reflect that he is now housed at Brown creek Correctional Institution.

**SO ORDERED**.

Signed: June 8, 2006

Graham C. Mullen
United States District Judge